**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
 Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GORDON MARTINES, an individual,

               Plaintiff,

    vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a public entity; and SHERIFF
DOUGLAS GILLESPIE, an individual; and
SGT. JAMES MELTON, an individual; and LT.
CLINTON NICHOLS, an individual; and
CAPTAIN PATRICK NEVILLE, an individual;
and DEPUTY CHIEF JAMES OWENS, an
individual; and LT. RAY STEIBER, DIRECTOR
WALTER NORRIS, an individual; and
DIRECTOR JUDY BLEAK, an individual; and
ASSISTANT SHERIFF THEODORE MOODY,
an individual; and UNDERSHERIFF JAMES
DIXON, an individual; and DR. KEITH
BOWMAN, an individual; and DIRECTOR
MICHAEL SNYDER, an individual; and
DIRECTOR JEFFREY ROCH, an individual;
and DOES 1-100 inclusive.

               Defendants.

Case No.:      2:12-cv-01441-LDG-PAL

## STIPULATION AND ORDER REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

      Defendants, Las Vegas Metropolitan Police Department, Sheriff Douglas Gillespie, Sgt.

James Melton, Lt. Clinton Nichols, Captain Patrick Neville, Deputy Chief James Owens, Lt. Ray

Steiber, Director Walter Norris, Director Judy Bleak, Assistant Sheriff Theodore Moody,

Undersheriff James Dixon, Director Michael Snyder, and Director Jeffrey Roch (collectively

MAC:05166-527 1897395_1 2/4/2013 2:25 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1   "LVMPD Defendants"), by and through their attorney of record, Nick D. Crosby, Esq., with the

2   law firm of Marquis Aurbach Coffing; and Plaintiff, Gordon Martines, by and through his

3   attorney of record, David Otto, Esq. with David Otto & Affiliates, and in an effort to simplify the

4   current procedural landscape of the lawsuit and conserve judicial resources, hereby agree and

5   stipulate as follows:

6       IT IS HEREBY STIPULATED that LVMPD Defendants' Motion for Partial Dismissal

7   (#12) is hereby withdrawn.

8       IT IS FURTHER STIPULATED that Plaintiff shall withdraw his Motion for Leave to

9   File the Second Amended Complaint (#17).

10      IT IS FURTHER STIPULATED that the Plaintiff shall be allowed to file the Second

11  Amended Complaint, which is attached to the Motion for Leave to Amend, and that the same

12  will serve as the operative pleading upon service of the same upon the LVMPD Defendants.

13      IT IS FURTHER STIPULATED that the LVMPD Defendants do not waive any right to

14  file a dispositive motion in response to the Second Amended Complaint.

15      IT IS FURTHER STIPULATED that Counsel for LVMPD hereby waives formal service

16  on each individual LVMPD Defendant and hereby accepts service of the Second Amended

17  Complaint on behalf of the LVMPD Defendants, except for Dr. Bowman.

18      Dated this 4th day of February, 2013.

19  MARQUIS AURBACH COFFING          DAVID OTTO & AFFILIATES, PC

20

21  */s/ Nick D. Crosby, Esq.*           */s/ David J. Otto, Esq.*
    Nick D. Crosby, Esq.                David J. Otto, Esq.
22  Nevada Bar No. 8996                 Nevada Bar No. 5449
    10001 Park Run Drive                2300 West Sahara Ave., Suite 800
23  Las Vegas, Nevada 89145             Las Vegas, Nevada 89102
    Attorney for LVMPD Defendants       Attorney for Plaintiff
24

25

26                          **ORDER**

27      IT IS HEREBY ORDERED that LVMPD Defendants' Motion for Partial Dismissal

28  (#12) is hereby withdrawn.

MAC:05166-527 1897395_1 2/4/2013 2:25 PM

IT IS FURTHER ORDERED that the Plaintiff's Motion for Leave to Amend (#17) is hereby withdrawn.

IT IS FURTHER ORDERED that the Plaintiff shall be permitted to file the Second Amended Complaint, originally attached to the Motion for Leave to Amend.

IT IS SO ORDERED this _6_ day of February, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-527 1897395_1 2/4/2013 2:25 PM